PAULETTE MONTOYA *v.* FRED MONTOYA

The defendant's petition for certification for appeal from the Appellate Court, 91 Conn. App. 407 (AC 24138), is granted, limited to the following issue:

"Did the Appellate Court improperly affirm the trial court's judgment based on its improper application of the prenuptial contract?"

The Supreme Court docket number is SC 17535.

*Steven D. Ecker,* in support of the petition.

*Samuel V. Schoonmaker IV* and *Jill H. Blomberg,* in opposition.

Decided November 3, 2005

MYRA J. KRAMER ET AL. *v.* ROBERT J. PETISI ET AL.

The named plaintiff's petition for certification for appeal from the Appellate Court, 91 Conn. App. 26 (AC 24698), is granted, limited to the following issue:

"Did the Appellate Court properly apply the law of comparative negligence to the named plaintiff's claims of misrepresentation against the defendants?"

The Supreme Court docket number is SC 17549.

*William F. Gallagher* and *Hugh D. Hughes,* in support of the petition.

*Robert B. Bellitto, Ralph W. Johnson III* and *Thomas J. Hagarty, Jr.,* in opposition.

Decided November 3, 2005